**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Michael J. Zbierajewski Trust , The
Plaintiff,
v.
Case No.: 1:14−cv−02600
Honorable Elaine E. Bucklo
Michael J Ferro Jr., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2015:

MINUTE entry before the Honorable Elaine E. Bucklo: Motion to withdraw Michael Margolis as attorney for Dennis Brown, Justin C. Dearborn, Michael J Ferro, Jr, Nancy J. Koenig, Matthew Maloney, Steven M. Oreskovich, Richard Reck, Neele E Stearns, Jr [19] is granted. Attorney Michael H. Margolis terminated.Mailed notice(RG)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.